# Exhibit B

# Western Credit & Collection Service, Inc.

Call us at: 800-308-8588

## Portland, Oregon USA





Our Guarantee -

We promise to work all angles of every account assigned to us to maximize results.

"Our team is relentless and effective at producing the best recovery rates around."

Michael Klaar, Pres.

Our rates are tailored to your business needs and volume.

We always pay the fees associated with collecting your accounts.

We are 100% commission based.

Who do we collect for?

Not happy with your current agency? Schedule a consultation below.

### A leading accounts receivable management firm.



Contact Us



If you're not using a local collection agency you are missing out on a larger recovery potential.

Don't fall for an out of state agency that only makes phone calls.
WE ARE A FULL SERVICED AGENCY
As a local company incorporated in 1980, we have an abundance of knowledge and resources at our finger tips to collect your lost revenue in both Washington and Oregon.

A Veteran Owned Credit Reporting Agency!



Western Credit & Collection Service, Inc. ® 8383 NE Sandy Blvd. Suite 220, Portland, OR 97220

Website Designed by Western Credit & Collection Service, Inc. © 2018 at Homestead™ Create a Website and List Your Business